IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EMILY PARKER AND SHEA RUSHING                                    PLAINTIFFS

VS.                                                              No. 1:04CV313-D-D

RICK QUINN, d/b/a THE PRESCRIPTION SHOPPE AND
GREG QUINN d/b/a B & R PHARMACY                                  DEFENDANTS

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendants' motions for summary judgment (docket entries 49 and 51) are GRANTED; and

(2) this case is CLOSED.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 11th day of April 2006.

/s/ Glen. H. Davidson
Chief Judge